■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM WALKER, Appellant. [668 NYS2d 361] —Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered December 7, 1994, convicting defendant, upon his plea of guilty, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 10 to 20 years, unanimously affirmed.

An examination of the entire record reveals that after defendant absconded, he completely reneged on the cooperation agreement entered into in connection with the instant guilty plea. He was arrested for robbery six months later, and negotiated a joint disposition in which he pleaded guilty to the new robbery charge and agreed to a group of concurrent sentences including the specific sentences he now challenges on appeal. We perceive no abuse of discretion in the sentences imposed. Concur—Rosenberger, J. P., Ellerin, Nardelli and Rubin, JJ.